**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000068
12-MAR-2024
08:15 AM
Dkt. 51 OAWST**

NO. CAAP-23-0000068

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CAROL HALL and WILLIAM G. HUNTER, IV, Plaintiffs-Appellants, v. ROBERT PISANI, Defendant-Appellee, and JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE PARTNERSHIPS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000035)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation Dismissing Appeal, filed March 6, 2024, by Plaintiffs-Appellants Carrol Hall and William G. Hunter, IV, the papers in support, and the record,

IT IS HEREBY ORDERED that the Stipulation Dismissing Appeal is approved and the appeal is dismissed with prejudice. Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, March 12, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge